

# Fourth Court of Appeals
## San Antonio, Texas

March 19, 2018

No. 04-17-00329-CR

Brian **FAZIO,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR5284
Honorable Melisa Skinner, Judge Presiding

# O R D E R

After this court granted two prior extension of time, the State's brief was due March 14, 2018. The State has now filed a third motion for extension of time, asking for an additional thirty days in which to file its brief. After review, we GRANT the State's motion and ORDER the State to file its brief in this court on or before April 13, 2018. The State is advised that no further extension of time to file the brief will be granted absent written proof of extraordinary circumstances.

_Marialyn Barnard_
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of March, 2018.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court